## File Hashes for IP Address 108.35.11.132

**ISP:** Verizon FiOS
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/03/2013 23:45:02 | A3DA3125628DCF630952456457543ECAEDA8BA31 | Transcendence |
| 02/03/2013 22:30:34 | 3944DC3F5988249526D0AB0194403B94F0F0D048 | Seeing Double |
| 02/03/2013 22:14:22 | 160B65F7395BAF38DE7F33FA92A555D255C9D2E5 | Working Out Together |
| 02/03/2013 21:32:19 | CC3DD98D079FC6AD3DDFD7DDFCA701B49CA87D92 | Backstage |
| 02/03/2013 20:49:03 | A28D0E2055C58F6D082BC019A11BB024E25FE2E0 | Sunday Afternoon |
| 02/03/2013 20:20:44 | 2DF33D524667AAA8A883294C4A5A54726DAEE804 | Wet Dream |
| 02/03/2013 19:45:59 | C72787BA641ADDFD820C1E7169D36A8F3614D482 | Grace Angelic |
| 02/03/2013 19:40:33 | 62C56C1B8F6098482186B20435CF8E76BC97A474 | Good Vibrations |
| 02/03/2013 16:57:02 | 24F56052A78348739C7829F66765D4D1C8CB42C4 | Pink Orgasm |
| 02/03/2013 16:50:31 | FE4E6210D90AEE8DC59311BC993C9A4C243605A5 | Want You |
| 02/03/2013 15:38:02 | 88C8210E8F6FB709226103A0F25855F07BA3E19E | A Little Rain Must Fall |
| 02/03/2013 15:21:49 | 232CF6B96D55E479F275B0CCF8CE92DDB67775AA | One Night Stand |
| 02/03/2013 15:15:44 | 8F66E198388F37CFB59890DF84E730A57038D2F5 | Fucking Perfection |
| 02/03/2013 15:05:25 | 6B12C4FD29E8B75213A4BC2D36B4186E8E8A2FAD | Yoga Master and Student |
| 02/03/2013 14:25:20 | 984EB6DB0CEE90D435E86036ECBA42618A3FE7E8 | Tiffany Teenagers In Love |
| 02/03/2013 14:14:48 | EB84EA53E74BC79A04865A27BA62404141454390 | Warm Inside |
| 01/10/2013 03:55:26 | 9BC696CD67249F7771E8792BEDFEEBB1A316283F | Veronica Wet Orgasm |
| 01/10/2013 03:00:24 | 1626178413A7D698307C5FBF8A2661A60FCAAFA8 | Sweetest Dreams |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

CNJ39